UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH L. WALDRON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  4:05CV1092 FRB |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Docket No. 11),

**IT IS HEREBY ORDERED** that this cause is hereby dismissed with prejudice; each party to bear their own costs.

**IT IS FURTHER ORDERED** that all motions which remain pending in this cause are denied as moot.

Dated this 26th day of September, 2005.

_____
FREDERICK R. BUCKLES
UNITED STATES MAGISTRATE JUDGE